ETHEL DUNBAR, Appellant, Respondent, v. THE CITY OF OSWEGO, Respondent, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MERVIN J. HALL, Respondent, v. JUDA A. CALDERON, Appellant.— Judgment affirmed, with costs. All concur, except Edgcomb and Crosby, JJ., who dissent and vote for reversal on the law on the ground that the evidence is insufficient to support a finding that there was not reasonable and probable cause to believe that a crime had been committed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOSEPH KUREK and FRANCES KUREK, Respondents, v. ALEXANDER W. KORYT-KOWSKI and Another, Appellants.— Judgment and orders affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SECURITY FINANCE COMPANY, Respondent, v. GEORGE M. STUART and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ. [130 Misc. 538.]

ARCHIE C. MANN, Respondent, v. THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARTIN W. HARNISH, Respondent, v. JOHN W. STECK, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HARRY GILBERT, Appellant, v. JAN TOPORZYCKI and Another, Respondents.— Appeal ordered argued March twenty-eighth at option of the respondent Stanislawa Toporzycki. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

RICHARD STRAW, an Infant, etc., Respondent, v. GERHARD LANG BREWERY COMPANY and Others, Appellants.— Appeal dismissed, unless appellants shall file and serve printed records and printed briefs by May sixth and shall be ready for argument May thirteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

GEORGE C. REHBERG, Appellant, v. ALBERT F. PARR and Others, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

## FIRST DEPARTMENT, APRIL, 1929.

In the Matter of THOMAS S. VAN VOLKENBURGH, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [128 Misc. 819.]

JACQUES C. MAGUITE, Appellant, v. PRESSED STEEL CAR COMPANY and Another, Respondents.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and the motion to modify notice of examination so far as to limit it in the particulars specified in the notice of appeal denied. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.